**IN THE UNITED STATES BANKRUPTCY COURT**
**District of New Jersey**

| | |
|---|---|
| **In the Matter of**: | } |
| | }      Case No. 18-23027 |
| Mohamed Mohamed | } |
| | } |
| | }      Chapter 13 |
| | } |
| **Debtor(s)** | } |

## CERTIFICATION OF SERVICE

U.S Department of Justice
Office of the United States Trustee
District of New Jersey
One Newark Center
Suite 2100
Newark, New Jersey 07102

Albert Russo
CN 4853
Trenton, NJ 08650
(Chapter 13 Trustee)

Mohamed Mohamed} (Debtor[s])
53 Chestnut Avenue
Avenel, NJ 07001

Creditors on Attached Service List

1). I am a legal assistant employed by the law firm of Bruce C. Truesdale, PC.

2). On August 30, 2018, I did serve the above named parties and all creditors indicated on the attached

service list with a notice of the new hearing date and time for the 341 Meeting of the Creditors

3). I certify that the foregoing statements made by me are true.   I am aware that if any of the foregoing

statements made by me are willfully false, I am subject to punishment.

/s/ **Sarah Vanderstreet**
*Sarah Vanderstreet, Assistant to Attorney for Debtor*:
Bruce C. Truesdale, PC
147 Union Avenue
Suite 1E
Middlesex, NJ 08846-1063
1 (732) 302-9600

Date: 8/30/18

**Service List**

American Express
PO Box 981537
El Paso, TX 79998

Amex Department Stores
PO Box 8718
Mason, OH 45040

Amgads Garas
413 Avenue C
Apartment 5
Bayonne, NJ 07002

AT&T
c/o AFNI
PO Box 3097
Bloomington, IL 61702-3097

Atlantic Ambulance Corp.
PO Box 949
Matawan, NJ 07747

Bayview Loan Servicing
PO Box 650091
Oxford, AR 72565-0091

Best Buy/CBNA
PO Box 3497
Sioux Falls, SD 57117

Capital Credit Consultants
726 Blvd. – Suite 23
Kenilworth, NJ 07033

Capital One Bank USA, NA
4851 Cox Road
Glen Allen, VA 23060

Chase/Bank One Card Service
PO Box 15298
Wilmington, DE 19850

Corey M. Notis, MD PA
155 Morris Avenue
Springfield, NJ 07081-1224

Discover Financial Services, LLC
PO Box 15316
Wilmington, DE 19850-5316

First Credit Services, Inc.
377 Hoes Lane
Suite 200
Piscataway, NJ 08854

Ibrahim Law Group, PC
97 Lackawanna Avenue
Suite 001
Totowa, NJ 07512

Lyons, Doughty & Veldhuis
136 Gaither Drive – Suite 100
PO Box 1269
Mount Laurel, NJ 08054

MB Financial Services
PO Box 961
Roanoke, TX 76262

Mercy Diagnostics Inc.
3109 Poplarwood Court – Suite 302
Raleigh, NC 27604-1044

Midland Funding, LLC
8875 Aero Drive
San Diego, CA 92123

Nissan Motor Acceptance Corp.
PO Box 660360
Dallas, TX 75265-0360

Pressler & Pressler, LLP
7 Entin Road
Parsippany, NJ 07054

SYNCB/TJX Co.
PO Box 965015
Orlando, FL 32896

TD Bank NA
32 Chestnut Street
Lewiston, ME 04240

The Home Depot
PO Box 6497
Sioux Falls, SD 57117-6497