**RUSSELL L. LOW, ESQ.  RLL-4745**
**LOW & LOW, LLC**
**505 Main St., Suite 304**
**Hackensack, NJ 07601**
**201-343-4040 Phone**
**201-880-4010 Fax**

_____

| | | |
|---|---|---|
| In the Matter of: | : | UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY |
| Mohamed Mohamed | : | Honorable Michael B. Kaplan |
| | : | CASE NO. 18-23027 |
| Debtor | : | CHAPTER 13 |

_____

### OBJECTION TO MOTION TO EXPUNGE PROOF OF CLAIM FILED BY AMGAD GARAS.

I, Amgad Garas, being of full age, hereby certify the following:

1. On October 10, 2018, Bruce C. Truesdale on behalf of The Debtor Mohamed Mohamed filed a Motion to Expunge Claims of Amgad Garas.

2. I had left the country on July 16th and returned September 04, 2018.

3. I was not aware that a bankruptcy was filed as well as that there was a deadline to file the proof of claim.

4. I attended the 341 Meeting of Creditors hearing and was told to immediately file the proof of claim.

5. I went to the clerk's office in Trenton and was told everything was filed timely.

6. It was not until I received the objection that I realized that I needed legal representation.

7. Therefore, the Motion to Expunge Proof of Claim Filed by Amgad Garas (Claim #17) should be denied. And the Proof of Claim No: 17 should be allowed.

8. I certify that the foregoing statements made by me are true.

Dated: November 05, 2018                                                      /s/ Amgad Garas.
                                                                                            **AMGAS GARAS**
                                                                                            Creditor