UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Albert Russo
CN 4853
Trenton, NJ 08650
(609) 587-6888
Standing Chapter 13 Trustee

In Re:

MOHAMED MOHAMED

Debtor

Case No.:  18-23027 MBK

Chapter:  13

Hearing Date:  11/13/18

Judge:  Michael B. Kaplan

# STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☑ Settled          ☐ Withdrawn

Matter: The minutes of 11/13/18 confirmation are amended to correct the tier begin date as follows: CONFIRMED $870 X 60 MONTHS BEGINNING 7/1/18

_____

Date: 12/20/18

/s/ Albert Russo
Signature
Albert Russo
Standing Chapter 13 Trustee

*rev.8/1/15*