| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**ABELSON & TRUESDALE, LLC**<br>By: Bruce C. Truesdale, Esq.<br>ID # BT 0928<br>147 Union Ave - Suite 1E<br>Middlesex, New Jersey 08846<br>(732) 302-9600<br>Attorney for Debtors | Order Filed on December 26, 2018<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>MOHAMED MOHAMED | Case No.: 18-23027<br><br>Chapter 13<br><br>Hearing Date: 11/13/2018<br><br>Judge: Hon. Michael B. Kaplan |

ORDER MODIFYING PROOF OF CLAIM #17

The relief set forth on the following pages, numbered two (2) through \_\_\_\_\_2_____ is hereby **ORDERED**.

**DATED: December 26, 2018**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

In re: Mohamed
Case No. 18-23027
Order Modifying Proof of Claim #17

---

**THIS MATTER** having been opened to the Court by Bruce C. Truesdale, Esq., attorney for the Debtors herein, and the Court having considered the papers submitted herein, and for good cause having been shown for the making and entry hereof, it is hereby;

**ORDERED** that the proof of claim filed by Amgad Garas (Claim #17) in this case is hereby reclassified from secured to general non-priority unsecured.

**ORDERED** that the proof of claim filed by Amgad Garas (Claim #17) shall be treated by the chapter 13 Trustee as though having been filed timely.