UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**ABELSON & TRUESDALE, LLC**
By: Bruce C. Truesdale, Esq.
ID # BT 0928
147 Union Ave - Suite 1E
Middlesex, New Jersey 08846
(732) 302-9600
Attorney for Debtors

Order Filed on December 26, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

MOHAMED MOHAMED

Case No.: 18-23027

Chapter 13

Hearing Date: 11/13/2018

Judge: Hon. Michael B. Kaplan

ORDER MODIFYING PROOF OF CLAIM #17

The relief set forth on the following pages, numbered two (2) through _____2_____ is hereby **ORDERED**.

**DATED: December 26, 2018**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

In re: Mohamed
Case No. 18-23027
Order Modifying Proof of Claim #17

___

**THIS MATTER** having been opened to the Court by Bruce C. Truesdale, Esq., attorney for the Debtors herein, and the Court having considered the papers submitted herein, and for good cause having been shown for the making and entry hereof, it is hereby;

**ORDERED** that the proof of claim filed by Amgad Garas (Claim #17) in this case is hereby reclassified from secured to general non-priority unsecured.

**ORDERED** that the proof of claim filed by Amgad Garas (Claim #17) shall be treated by the chapter 13 Trustee as though having been filed timely.

United States Bankruptcy Court
District of New Jersey

In re:  
Mohamed Mohamed  
    Debtor

Case No. 18-23027-MBK  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Dec 27, 2018  
                  Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 29, 2018.
db           +Mohamed Mohamed,    53 Chestnut Ave,    Avenel, NJ 07001-2141

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                             TOTAL: 0

             ***** BYPASSED RECIPIENTS *****  
NONE.                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 29, 2018                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 27, 2018 at the address(es) listed below:
          Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
          Albert   Russo    docs@russotrustee.com
          Bruce C. Truesdale    on behalf of Debtor Mohamed   Mohamed brucectruesdalepc@gmail.com,
           bctpcecf@gmail.com;r49787@notify.bestcase.com
          Michael M Khalil    on behalf of Debtor Mohamed   Mohamed mkhalil@atrbklaw.com
          Rebecca Ann Solarz    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC rsolarz@kmllawgroup.com
          Russell L. Low    on behalf of Creditor Amgad   Garas rbear611@aol.com,
           ecf@lowbankruptcy.com;r57808@notify.bestcase.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                       TOTAL: 7