| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| CN 4853 | PO Box 933 |
| Trenton, NJ  08650 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE

### REPORT OF RECEIPTS AND DISBURSEMENTS

Activity for the period from 01/01/2018 to 12/31/2018
Chapter 13 Case No. 18-23027 / MBK

Mohamed Mohamed
53 Chestnut Ave
Avenel  NJ    07001

Petition Filed Date: 06/28/2018
341 Hearing Date: 07/26/2018
Confirmation Date: 11/13/2018

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/14/2018 | $870.00 | 1444 | 09/04/2018 | $870.00 | 25146326395 | 10/02/2018 | $870.00 | 25146329758 |
| 10/30/2018 | $870.00 | 25146341087 | 12/04/2018 | $870.00 | 25146356051 | | | |

**Total Receipts for the Period:  $4,350.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $5,220.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Mohamed Mohamed | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | BRUCE C TRUESDALE ESQ | Attorney Fees | $2,300.00 | $0.00 | $2,300.00 |
| 1 | DISCOVER BANK | Unsecured Creditors | $4,980.78 | $0.00 | $4,980.78 |
| 2 | NISSAN INFINITI LEASE TRUST (NILT) »» 2016 NISSAN MAXIMA | Debt Secured by Vehicle No Disbursements: Lease Rejected | $0.00 | $0.00 | $0.00 |
| 3 | TD BANK, N.A. | Unsecured Creditors | $3,457.65 | $0.00 | $3,457.65 |
| 4 | DAIMLER TRUST »» 2015 MERCEDES BENZ | Debt Secured by Vehicle No Disbursements: Lease Rejected | $0.00 | $0.00 | $0.00 |
| 5 | MERCEDES-BENZ FINANCIAL SERVICES USA, LLC »» 2013 MERCEDES VAN\DEF BAL | Unsecured Creditors | $12,712.89 | $0.00 | $12,712.89 |
| 6 | DAIMLER TRUST »» 2015 MERCEDES BENZ | Debt Secured by Vehicle No Disbursements: Lease Rejected | $0.00 | $0.00 | $0.00 |
| 7 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $3,847.06 | $0.00 | $3,847.06 |
| 8 | DEPARTMENT STORE NATIONAL BANK »» MACYS | Unsecured Creditors | $3,910.11 | $0.00 | $3,910.11 |
| 9 | ECAST SETTLEMENT CORP »» SYNCHRONY | Unsecured Creditors | $999.59 | $0.00 | $999.59 |
| 10 | AMERICAN EXPRESS | Unsecured Creditors | $4,039.27 | $0.00 | $4,039.27 |
| 11 | AMERICAN EXPRESS | Unsecured Creditors | $2,186.31 | $0.00 | $2,186.31 |
| 12 | AMERICAN EXPRESS | Unsecured Creditors | $3,306.59 | $0.00 | $3,306.59 |
| 13 | AMERICAN EXPRESS | Unsecured Creditors | $1,475.04 | $0.00 | $1,475.04 |
| 14 | PORTFOLIO RECOVERY ASSOCIATES »» BEST BUY | Unsecured Creditors | $3,105.22 | $0.00 | $3,105.22 |
| 15 | PORTFOLIO RECOVERY ASSOCIATES »» THD | Unsecured Creditors | $341.74 | $0.00 | $341.74 |
| 16 | BAYVIEW LOAN SERVICING, LLC »» P/53 CHESTNUT AVE/1ST MTG | Mortgage Arrears | $5,542.65 | $0.00 | $5,542.65 |

| 17 | Amgads Garas<br>»» DJ-022969-17/MODIFIED 12/26/18 | Unsecured Creditors | $6,840.00 | $0.00 | $6,840.00 |

**SUMMARY**

Summary of all receipts and disbursements from date filed through 12/31/2018:

| | | | |
|---|---|---|---|
| Total Receipts: | $5,220.00 | Plan Balance: | $46,980.00 ** |
| Paid to Claims: | $0.00 | Current Monthly Payment: | $870.00 |
| Paid to Trustee: | $356.70 | Arrearages: | $870.00 |
| Funds on Hand: | $4,863.30 | Total Plan Base: | $52,200.00 |

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.russotrustee.com/epay for more information.**

- **View your case information online for *FREE*! Register today at www.ndc.org.**

**\*\*This is an approximate balance. Additional allowed claims and other variables may affect the amount to complete the plan.**