Office Mailing Address:  
Albert Russo, Trustee  
CN 4853  
Trenton, NJ  08650

Send Payments **ONLY** to:  
Albert Russo, Trustee  
PO Box 933  
Memphis, TN  38101-0933

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS

Activity for the period from 01/01/2019 to 12/31/2019  
**Chapter 13 Case No. 18-23027 / MBK**

Mohamed Mohamed  
53 Chestnut Ave  
Avenel  NJ   07001

Petition Filed Date: 06/28/2018  
341 Hearing Date: 07/26/2018  
Confirmation Date: 11/13/2018

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/03/2019 | $870.00 | 25289744670 | 02/05/2019 | $870.00 | 25146373814 | 03/19/2019 | $870.00 | 25146386403 |
| 04/16/2019 | $870.00 | 25146398316 | 05/14/2019 | $870.00 | 25930507702 | 06/18/2019 | $870.00 | 25930523283 |
| 07/16/2019 | $870.00 | 25930907458 | 09/10/2019 | $870.00 | 25930924470 | 10/16/2019 | $870.00 | 26172258074 |
| 11/13/2019 | $870.00 | 26172267028 | 12/10/2019 | $870.00 | 26172276996 | | | |

**Total Receipts for Period:  $9,570.00    Amount Refunded to Debtor Since Filing:  $0.00   Total Receipts Since Filing: $14,790.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| | Mohamed Mohamed | Debtor Refund | $0.00 | $0.00 | $0.00 |
| | BRUCE C TRUESDALE ESQ<br>»» ATTY DISCLOSURE | Attorney Fees | $2,300.00 | $2,300.00 | $0.00 |
| 1 | DISCOVER BANK | Unsecured Creditors | $4,980.78 | $195.44 | $4,785.34 |
| 2 | NISSAN INFINITI LEASE TRUST (NILT)<br>»» 2016 NISSAN MAXIMA | Debt Secured by Vehicle<br>No Disbursements: Lease Rejected | $0.00 | $0.00 | $0.00 |
| 3 | TD BANK, N.A. | Unsecured Creditors | $3,457.65 | $135.67 | $3,321.98 |
| 4 | DAIMLER TRUST<br>»» 2015 MERCEDES BENZ/DEF BAL | Unsecured Creditors | $37,351.50 | $1,465.57 | $35,885.93 |
| 5 | MERCEDES-BENZ FINANCIAL SERVICES USA, LLC<br>»» 2013 MERCEDES VAN\DEF BAL | Unsecured Creditors | $12,712.89 | $498.82 | $12,214.07 |
| 6 | DAIMLER TRUST<br>»» 2015 MERCEDES BENZ/DEF BAL | Unsecured Creditors | $30,986.24 | $1,215.82 | $29,770.42 |
| 7 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $3,847.06 | $150.95 | $3,696.11 |
| 8 | DEPARTMENT STORE NATIONAL BANK<br>»» MACYS | Unsecured Creditors | $3,910.11 | $153.43 | $3,756.68 |
| 9 | ECAST SETTLEMENT CORP<br>»» SYNCHRONY | Unsecured Creditors | $728.18 | $17.03 | $711.15 |
| 10 | AMERICAN EXPRESS | Unsecured Creditors | $4,039.27 | $158.50 | $3,880.77 |
| 11 | AMERICAN EXPRESS | Unsecured Creditors | $2,186.31 | $70.99 | $2,115.32 |
| 12 | AMERICAN EXPRESS | Unsecured Creditors | $3,306.59 | $129.74 | $3,176.85 |
| 13 | AMERICAN EXPRESS | Unsecured Creditors | $1,475.04 | $44.47 | $1,430.57 |

**Chapter 13 Case No. 18-23027 / MBK**

| 14 | PORTFOLIO RECOVERY ASSOCIATES<br>»» BEST BUY | Unsecured Creditors | $3,105.22 | $121.85 | $2,983.37 |
|---|---|---|---|---|---|
| 15 | PORTFOLIO RECOVERY ASSOCIATES<br>»» THD | Unsecured Creditors | $341.74 | $0.00 | $341.74 |
| 16 | BAYVIEW LOAN SERVICING, LLC<br>»» P/53 CHESTNUT AVE/1ST MTG | Mortgage Arrears | $5,542.65 | $5,542.65 | $0.00 |
| 17 | Amgads Garas<br>»» DJ-022969-17/MODIFIED 12/26/18 ORD | Unsecured Creditors | $6,840.00 | $268.39 | $6,571.61 |
| 18 | BAYVIEW LOAN SERVICING, LLC<br>»» 53 CHESTNUT ST/ORDER 12/13/19 | Mortgage Arrears | $531.00 | $531.00 | $0.00 |

**SUMMARY**

Summary of all receipts and disbursements from date filed through 2/10/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $14,790.00 | Plan Balance: | $38,000.00 ** |
| Paid to Claims: | $13,000.32 | Current Monthly Payment: | $870.00 |
| Paid to Trustee: | $929.16 | Arrearages: | $2,610.00 |
| Funds on Hand: | $860.52 | Total Plan Base: | $52,790.00 |

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.russotrustee.com/epay for more information.

- View your case information online for *FREE*! Register today at www.ndc.org.

**This is an approximate balance. Additional allowed claims and other variables may affect the amount to complete the plan.