Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 18−23027−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Mohamed Mohamed
  53 Chestnut Ave
  Avenel, NJ 07001

Social Security No.:
  xxx−xx−9555

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 5/5/20 at 09:00 AM

to consider and act upon the following:

*34* − Creditor's Certification of Default (related document:28 Motion for Relief from Co−Debtor Stay of Nadejda Calosso filed by Creditor BAYVIEW LOAN SERVICING, LLC, Motion for Relief from Stay re: 53 Chestnut Street, Woodbridge, NJ, 07001. Fee Amount $ 181., 30 Order on Motion For Relief From Stay) filed by Denise E. Carlon on behalf of BAYVIEW LOAN SERVICING, LLC. Objection deadline is 04/17/2020. (Attachments: # 1 Exhibit "A" # 2 Exhibit "B" # 3 Proposed Order # 4 Certificate of Service) (Carlon, Denise)

Dated: 4/8/20

                                            Jeanne Naughton
                                            Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:  
Mohamed Mohamed  
    Debtor

Case No. 18-23027-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Apr 08, 2020  
                     Form ID: ntchrgbk     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 10, 2020.  
db           +Mohamed Mohamed,    53 Chestnut Ave,    Avenel, NJ 07001-2141

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                           TOTAL: 0

            ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 10, 2020                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 8, 2020 at the address(es) listed below:

           Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com  
           Albert   Russo    docs@russotrustee.com  
           Bruce C. Truesdale    on behalf of Debtor Mohamed   Mohamed brucectruesdalepc@gmail.com,  
            bctpcecf@gmail.com;r49787@notify.bestcase.com  
           Denise E. Carlon    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC dcarlon@kmllawgroup.com,  
            bkgroup@kmllawgroup.com  
           Michael M Khalil    on behalf of Debtor Mohamed   Mohamed mkhalil@atrbklaw.com  
           Rebecca Ann Solarz    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC rsolarz@kmllawgroup.com  
           Russell L. Low    on behalf of Creditor Amgad   Garas ecf@lowbankruptcy.com,  
            ecf@lowbankruptcy.com;r57808@notify.bestcase.com  
           U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                                               TOTAL: 8