| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| CN 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 02/24/2021
**Chapter 13 Case No. 18-23027 / MBK**

Mohamed Mohamed

Petition Filed Date: 06/28/2018
341 Hearing Date: 07/26/2018
Confirmation Date: 11/13/2018

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/16/2020 | $870.00 | 26454706187 | 02/19/2020 | $870.00 | 26439603478 | 03/19/2020 | $870.00 | 26439613762 |
| 04/16/2020 | $870.00 | 26439627767 | 05/12/2020 | $870.00 | 26439624988 | 06/16/2020 | $870.00 | 26439644586 |
| 07/16/2020 | $870.00 | 26750983871 | 08/19/2020 | $870.00 | 26750997944 | 09/28/2020 | $870.00 | 26750953912 |
| 10/21/2020 | $870.00 | 26750966073 | 11/17/2020 | $870.00 | 27027978096 | 01/06/2021 | $870.00 | 26976652637 |
| 01/27/2021 | $870.00 | 27238648083 | | | | | | |

**Total Receipts for the Period: $11,310.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $25,230.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Mohamed Mohamed | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | BRUCE C TRUESDALE ESQ<br>»»  ATTY DISCLOSURE | Attorney Fees | $2,300.00 | $2,300.00 | $0.00 |
| 1 | DISCOVER BANK | Unsecured Creditors | $4,980.78 | $408.83 | $4,571.95 |
| 2 | NISSAN INFINITI LEASE TRUST (NILT)<br>»»  2016 NISSAN MAXIMA | Debt Secured by Vehicle<br>No Disbursements: Lease Rejected | $0.00 | $0.00 | $0.00 |
| 3 | TD BANK, N.A. | Unsecured Creditors | $3,457.65 | $283.80 | $3,173.85 |
| 4 | DAIMLER TRUST<br>»»  2015 MERCEDES BENZ/DEF BAL | Unsecured Creditors | $37,351.50 | $3,065.78 | $34,285.72 |
| 5 | MERCEDES-BENZ FINANCIAL SERVICES USA, LL<br>»»  2013 MERCEDES VAN\DEF BAL | Unsecured Creditors | $12,712.89 | $1,043.46 | $11,669.43 |
| 6 | DAIMLER TRUST<br>»»  2015 MERCEDES BENZ/DEF BAL | Unsecured Creditors | $30,986.24 | $2,543.33 | $28,442.91 |
| 7 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $3,847.06 | $315.76 | $3,531.30 |
| 8 | DEPARTMENT STORE NATIONAL BANK<br>»»  MACYS | Unsecured Creditors | $3,910.11 | $320.93 | $3,589.18 |
| 9 | ECAST SETTLEMENT CORP<br>»»  SYNCHRONY | Unsecured Creditors | $728.18 | $49.80 | $678.38 |
| 10 | AMERICAN EXPRESS | Unsecured Creditors | $4,039.27 | $331.55 | $3,707.72 |
| 11 | AMERICAN EXPRESS | Unsecured Creditors | $2,186.31 | $179.45 | $2,006.86 |
| 12 | AMERICAN EXPRESS | Unsecured Creditors | $3,306.59 | $271.41 | $3,035.18 |
| 13 | AMERICAN EXPRESS | Unsecured Creditors | $1,475.04 | $110.97 | $1,364.07 |
| 14 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  BEST BUY | Unsecured Creditors | $3,105.22 | $254.88 | $2,850.34 |

**Chapter 13 Case No. 18-23027 / MBK**

| | | | | | |
|---|---|---|---|---|---|
| 15 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  THD | Unsecured Creditors | $341.74 | $15.72 | $326.02 |
| 16 | COMMUNITY LOAN SERVICING LLC<br>»»  P/53 CHESTNUT AVE/1ST MTG/BAYVIEW | Mortgage Arrears | $5,542.65 | $5,542.65 | $0.00 |
| 17 | Amgads Garas<br>»»  DJ-022969-17/MODIFIED 12/26/18 ORD | Unsecured Creditors | $6,840.00 | $561.42 | $6,278.58 |
| 18 | COMMUNITY LOAN SERVICING LLC<br>»»  53 CHESTNUT ST/ORDER 12/13/19/BAYVIEW | Mortgage Arrears | $531.00 | $531.00 | $0.00 |
| 19 | COMMUNITY LOAN SERVICING LLC<br>»»  53 CHESTNUT ST/PP ARREARS 6/10/20/BAYVIEW | Mortgage Arrears | $3,294.31 | $3,294.31 | $0.00 |
| 20 | COMMUNITY LOAN SERVICING LLC<br>»»  53 CHESTNUT ST/ATTY FEES 6/10/20/BAYVIEW | Mortgage Arrears | $350.00 | $350.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 2/24/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $25,230.00 | Plan Balance: | $31,609.00 ** |
| Paid to Claims: | $21,775.05 | Current Monthly Payment: | $870.00 |
| Paid to Trustee: | $1,788.70 | Arrearages: | $2,610.00 |
| Funds on Hand: | $1,666.25 | Total Plan Base: | $56,839.00 |

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.russotrustee.com/epay for more  information.**

- **View your case information online for *FREE*! Register today at <u>www.ndc.org</u>.**

**\*\*This is an approximate balance.  Additional allowed claims and other variables may affect the amount to complete the plan.**