UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

BRUCE C. TRUESDALE, P.C.
147 Union Avenue – Suite 1E
Middlesex, New Jersey 08846
BY: Bruce C. Truesdale, Esq. (BC 0928)
Phone: 732-302-9600
Fax: 732-302-9066
Attorney for Debtor[s]

In Re:

MOHAMED MOHAMED

Case No.: 18-23027

Chapter: 13

Adv. No.:

Hearing Date: 3/24/21

Judge: MBK

## CERTIFICATION OF SERVICE

1. I, Sarah A. Vanderstreet:

   ☐ represent _____ in this matter.

   ☒ am the secretary/paralegal for the attorney, who represents the debtor in this matter.

   ☐ am the _____ in this case and am representing myself.

2. On March 16, 2021, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

   - Cert. in Opp re: Trustee's Motion to Dismiss Case or for Entry of a Wage Order

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: 3/16/21

/s/ Sarah A. Vanderstreet
Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| U.S. Department of Justice<br>Office of the United States Trustee<br>District of New Jersey<br>One Newark Center<br>Suite 2100<br>Newark, NJ 07102 | Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other CM/ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Albert Russo<br>Standing Chapter 13 Trustee<br>CN 4853<br>Trenton, NJ 08650 | Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other CM/ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Mohamed Mohamed<br>53 Chestnut Avenue<br>Avenel, NJ 07001 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other Email<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |