Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.:  18−23027−MBK
Chapter:  13
Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Mohamed Mohamed
   53 Chestnut Ave
   Avenel, NJ 07001
Social Security No.:
   xxx−xx−9555
Employer's Tax I.D. No.:

---

## NOTICE OF ORDER DISMISSING CASE

NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 6/23/21.

Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: June 23, 2021
JAN: kmm

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                              Case No. 18-23027-MBK

Mohamed Mohamed                                                         Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3                          User: admin                                    Page 1 of 3

Date Rcvd: Jun 23, 2021                   Form ID: 148                          Total Noticed: 39

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 25, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Mohamed Mohamed, 53 Chestnut Ave, Avenel, NJ 07001-2141 |
| 517617686 | | Amex Department Stores, PO Box 8718, Mason, OH 45040 |
| 517792017 | + | Amgad Garas, 413 Avenue C, Apt. 5, Bayonne, NJ 07002-5163 |
| 517617687 | + | Amgads Garas, 413 Avenue C Apt 5, Bayonne, NJ 07002-5163 |
| 517617689 | + | Atlantic Ambulance Corp, PO Box 949, Matawan, NJ 07747-0949 |
| 517617690 | | Bayview Loan Servicing, PO Box 650091, Oxford, AR 72565-0091 |
| 517617691 | | Best Buy/CBNA, PO Box 3497, Sioux Falls, SD 57117 |
| 517666260 | + | Daimler Trust, c/o BK Servicing, LLC, PO Box 131265, Roseville, MN 55113-0011 |
| 517617699 | + | Lyon, Doughty & Veldhuis, 136 Gaither Drive Ste 100, Po Box 1269, Mount Laurel, NJ 08054-7269 |
| 517685678 | | Mercedes-Benz Financial Services USA LLC, c/o BK Servicing, LLC, PO Box 131265, Roseville, MN 55113-0011 |
| 517617701 | | Mercy Diagnostics Inc, 3109 Poplarwood Ct, Suite 302, Raleigh, NC 27604-1044 |
| 517637386 | | Nissan - Infiniti LT, POB 660366, Dallas, TX 75266-0366 |
| 517617703 | + | Nissan Motor Acceptance Corporation, PO Box 660360, Dallas, TX 75266-0360 |
| 517617704 | + | Pressler & Pressler LLP, 7 Entin Rd., Parsippany, NJ 07054-5020 |
| 517659570 | + | TD Bank, N.A, c/o Schiller, Knapp, Lefkowitz, & Hertze, Payment Processing, PO Box 16029, Lewiston, ME 04243-9507 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jun 23 2021 20:37:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jun 23 2021 20:37:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 517617688 | | EDI: AFNIRECOVERY.COM | Jun 24 2021 00:28:00 | AT&T, c/o AFNI, PO Box 3097, Bloomington, IL 61702-3097 |
| 517617685 | + | EDI: AMEREXPR.COM | Jun 24 2021 00:28:00 | American Express, PO Box 981537, El Paso, TX 79998-1537 |
| 517740827 | | EDI: BECKLEE.COM | Jun 24 2021 00:28:00 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 517742787 | + | EDI: LCIBAYLN | Jun 24 2021 00:28:00 | Bayview Loan Servicing, LLC, 4425 Ponce de Leon Blvd, 5th Floor, Coral Gables, FL 33146-1873 |
| 517699207 | | EDI: CAPITALONE.COM | Jun 24 2021 00:28:00 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 517617693 | + | EDI: CAPITALONE.COM | Jun 24 2021 00:28:00 | Capital One Bank USA NA, 4851 Cox Road, Glen Allen, VA 23060-6293 |
| 518997635 | + | EDI: LCIBAYLN | Jun 24 2021 00:28:00 | Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gable, FL 33146, |

District/off: 0312-3 | User: admin | Page 2 of 3
Date Rcvd: Jun 23, 2021 | Form ID: 148 | Total Noticed: 39

| | | | |
|---|---|---|---|
| | | | Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gable, FL 33146-1873 |
| 518997634 | + EDI: LCIBAYLN | Jun 24 2021 00:28:00 | Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gable, FL 33146-1873 |
| 517617695 | Email/Text: sschneider@associateseyecare.com | Jun 23 2021 20:38:00 | Corey M Notis, MD PA, 155 Morris AVe, Springfield, NJ 07081-1224 |
| 517617696 | EDI: DISCOVER.COM | Jun 24 2021 00:28:00 | Discover Financial Services LLC, PO Box 15316, Wilmington, DE 19850-5316 |
| 517724547 | EDI: Q3G.COM | Jun 24 2021 00:28:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 517630937 | EDI: DISCOVER.COM | Jun 24 2021 00:28:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 517617694 | EDI: JPMORGANCHASE | Jun 24 2021 00:28:00 | Chase/Bank One Car Serv, PO Box 15298, Wilmington, DE 19850 |
| 517617700 | + EDI: DAIMLER.COM | Jun 24 2021 00:28:00 | MB Financial Services, PO Box 961, Roanoke, TX 76262-0961 |
| 517617702 | + EDI: MID8.COM | Jun 24 2021 00:28:00 | Midland Funding LLC, 8875 Aero Drive, San Diego, CA 92123-2255 |
| 517741251 | EDI: PRA.COM | Jun 24 2021 00:28:00 | Portfolio Recovery Associates, LLC, c/o Best Buy Visa, POB 41067, Norfolk VA 23541 |
| 517741254 | EDI: PRA.COM | Jun 24 2021 00:28:00 | Portfolio Recovery Associates, LLC, c/o The Home Depot Consumer, POB 41067, Norfolk VA 23541 |
| 517617705 | + EDI: RMSC.COM | Jun 24 2021 00:28:00 | Syncb/TJX Co, PO Box 965015, Orlando, FL 32896-5015 |
| 517621538 | + EDI: RMSC.COM | Jun 24 2021 00:28:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 517617706 | EDI: TDBANKNORTH.COM | Jun 24 2021 00:28:00 | TD Bank NA, 32 Chestnut Street, Lewiston, ME 04240 |
| 517617707 | EDI: CITICORP.COM | Jun 24 2021 00:28:00 | The Home Depot, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 517732631 | EDI: ECAST.COM | Jun 24 2021 00:28:00 | eCAST Settlement Corporation, PO Box 29262, New York NY 10087-9262 |

TOTAL: 24

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Amgad Garas, 413 Ave. C Apt 5, Bayonne, NJ 07002-5163 |
| 517617692 | ##+ | Capiral Credit Consultants, 726 Boulevard, Suite 23, Kenilworth, NJ 07033-1757 |
| 517617697 | ##+ | First Credit Services, Inc, 377 Hoes Lane Suite 200, Piscataway, NJ 08854-4155 |
| 517617698 | ##+ | Ibrahim Law Group, PC, 97 Lackawanna Ave Suite 001, Totowa, NJ 07512-2334 |

TOTAL: 0 Undeliverable, 1 Duplicate, 3 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and**

District/off: 0312-3                          User: admin                                Page 3 of 3
Date Rcvd: Jun 23, 2021                       Form ID: 148                           Total Noticed: 39

**belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 25, 2021                   Signature:        /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 23, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Bruce C. Truesdale | on behalf of Debtor Mohamed Mohamed brucectruesdalepc@gmail.com  bctpcecf@gmail.com;r49787@notify.bestcase.com |
| Denise E. Carlon | on behalf of Creditor COMMUNITY LOAN SERVICING  LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor BAYVIEW LOAN SERVICING  LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Michael M Khalil | on behalf of Debtor Mohamed Mohamed mkhalilecf@gmail.com |
| Rebecca Ann Solarz | on behalf of Creditor BAYVIEW LOAN SERVICING  LLC rsolarz@kmllawgroup.com |
| Russell L. Low | on behalf of Creditor Amgad Garas ecf@lowbankruptcy.com  ecf@lowbankruptcy.com;r57808@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 9