| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>_____<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>BRUCE C. TRUESDALE, P.C.<br>147 Union Avenue – Suite 1E<br>Middlesex, New Jersey 08846<br>BY: Bruce C. Truesdale, Esq. (BC 0928)<br>Phone: 732-302-9600<br>Fax: 732-302-9066<br>Attorney for Debtor[s]<br>_____<br><br>In Re:<br><br>MOHAMED MOHAMED | <br><br><br><br><br><br><br><br><br><br>Case No.:   18-23027<br><br>Chapter:    13<br><br>Adv. No.:<br><br>Hearing Date: 8/11/21<br><br>Judge:      MBK |

**CERTIFICATION OF SERVICE**

1. I, Sarah A. Vanderstreet:

   ☐ represent _____ in this matter.

   ☒ am the secretary/paralegal for the attorney, who represents the debtor in this matter.

   ☐ am the _____ in this case and am representing myself.

2. On June 19, 2021, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

   - Motion to Vacate Dismissal of Case

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: 6/19/21                           /s/ Sarah A. Vanderstreet
                                        Signature

| **Name and Address of Party Served** | **Relationship of Party to the Case** | **Mode of Service** |
|---|---|---|
| U.S. Department of Justice<br>Office of the United States Trustee<br>District of New Jersey<br>One Newark Center<br>Suite 2100<br>Newark, NJ  07102 | Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other CM/ECF<br>   (As authorized by the Court or by rule. Cite the rule if applicable.) |
| Albert Russo<br>Standing Chapter 13 Trustee<br>CN 4853<br>Trenton, NJ 08650 | Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other CM/ECF<br>   (As authorized by the Court or by rule. Cite the rule if applicable.) |
| Bayview Loan Servicing<br>PO Box 650091<br>Oxford, AR 72565-0091 | Secure Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>   (As authorized by the Court or by rule. Cite the rule if applicable.) |
| American Express<br>PO Box 981537<br>El Paso, TX 79998 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>   (As authorized by the Court or by rule. Cite the rule if applicable.) |
| Amex Department Stores<br>PO Box 8718<br>Mason, OH 45040 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>   (As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Amgads Garas<br>413 Avenue C<br>Apartment 5<br>Bayonne, NJ 07002 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>  (As authorized by the Court or by rule. Cite the rule if applicable.) |
| AT&T<br>c/o AFNI<br>PO Box 3097<br>Bloomington, IL 61702-3097 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Atlantic Ambulance Corp.<br>PO Box 949<br>Matawan, NJ 07747 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Best Buy/CBNA<br>PO Box 3497<br>Sioux Falls, SD 57117 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Capiral Credit Consultants<br>726 Boulevard<br>Suite 23<br>Kenilworth, NJ 07033 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

*rev.8/1/16*

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Capital One Bank USA, NA<br>4851 Cox Road<br>Glen Allen, VA 23060 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Capital One Bank USA, NA<br>c/o Lyon, Doughty & Veldhuis<br>136 Gaither Drive / Suite 100<br>PO Box 1269<br>Mount Laurel, NJ 08054 | Creditor Attorney | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Chase/Bank One Car Service<br>PO Box 15298<br>Wilmington, DE 19850 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Corey M Notis, MD PA<br>155 Morris Avenue<br>Springfield, NJ 07081-1224 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Discover Financial Services, LLC<br>PO Box 15316<br>Wilmington, DE 19850-5316 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| First Credit Services, Inc.<br>377 Hoes Lane<br>Suite 200<br>Piscataway, NJ 08854 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>  (As authorized by the Court or by rule. Cite the rule if applicable.) |
| Ibrahim Law Group, PC<br>97 Lackawanna Avenue<br>Suite 001<br>Totowa, NJ 07512 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| MB Financial Services<br>PO Box 961<br>Roanoke, TX 76262 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Mercy Diagnostics Inc.<br>3109 Poplarwood Court<br>Suite 302<br>Raleigh, NC 27604-1044 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Midland Funding LLC<br>8875 Aero Drive<br>San Diego. CA 92123 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Midland Funding, LLC<br>c/o Pressler & Pressler, LLP<br>7 Entin Road<br>Parsippany, NJ 07054 | Creditor Attorney | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>  (As authorized by the Court or by rule. Cite the rule if applicable.) |
| Nissan Motor Acceptance Corporation<br>PO Box 660360<br>Dallas, TX 75265-0360 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Syncb/TJX Co.<br>PO Box 965015<br>Orlando, FL 32896 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| TD Bank, NA<br>32 Chestnut Street<br>Lewiston, ME 04240 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| The Home Depot<br>PO Box 6497<br>Sioux Falls, SD 57117-6497 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Synchrony Bank<br>c/o PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541 | Service Requested | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Rebecca A. Solarz, Esq.<br>KML Law Group, P.C.<br>216 Haddon Avenue<br>Suite 406<br>Westmont, NJ 08108 | Service Requested | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Mohamed Mohamed<br>53 Chestnut Avenue<br>Avenel, NJ 07001 | Debtor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |