| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** | |
| Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>Albert Russo,<br>CN 4853<br>Trenton, New Jersey 08650<br>(609) 587-6888<br>Standing Chapter 13 Trustee | |
| In Re:<br><br>**MOHAMED MOHAMED**<br><br>Debtor | |

Order Filed on August 24, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 18-23027 MBK

Judge: Michael B. Kaplan

Hearing date: 8/11/21

### ORDER GRANTING DEBTOR'S MOTION TO VACATE DISMISSAL AND CONTINUE WITH PLAN PAYMENTS TO THE TRUSTEE

The relief set forth on the following pages, numbered two (2), is ORDERED.

**DATED: August 24, 2021**

*/s/ Michael B. Kaplan*
Honorable Michael B. Kaplan
United States Bankruptcy Judge

**Whereas** this matter having come before the Court on Debtor's motion to vacate dismissal; and, the motion having been granted with an order to be submitted; and, the Standing Chapter 13 Trustee and Debtor's Counsel having agreed on the terms for recapitalization; and, this Order being submitted pursuant to D.N.J. LBR 9072-1(d), (7 Day Rule); and, no objection being received thereon; and, for good cause shown; it is

**ORDERED** that the order of dismissal entered in the above-entitled Chapter 13 case on or about June 23, 2021 be and is hereby vacated and the Chapter 13 proceeding is hereby reinstated; and, it his herby

**ORDERED** that the case is allowed to continue under Chapter 13 upon the following terms and conditions:

- $ 28,710.00  paid to date (38)

- Debtor shall remit $1,150.00  per month to the Trustee for 22 months beginning September 1, 2021

- The total plan funding is a pot base of $54,010.00, which includes a minimum to general unsecured creditors of $35,428.00

- Any subsequent fees or claims added to the plan shall require an adjustment to the plan payment

- If the Debtor(s) fail to make regular payments to the Trustee for a period of more than 30 consecutive days, upon the Certification of the Trustee of such non-payments, with Notice of the Certification to the Debtor(s) and the Debtor(s) attorney, if any, the within case shall be dismissed.