Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 18−23027−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Mohamed Mohamed
   53 Chestnut Ave
   Avenel, NJ 07001

Social Security No.:
   xxx−xx−9555

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 11/10/21 at 09:00 AM

to consider and act upon the following:

*58* − Creditor's Certification of Default (related document:28 Motion for Relief from Co−Debtor Stay of Nadejda Calosso filed by Creditor BAYVIEW LOAN SERVICING, LLC, Motion for Relief from Stay re: 53 Chestnut Street, Woodbridge, NJ, 07001. Fee Amount $ 181., 34 Creditor's Certification of Default filed by Creditor BAYVIEW LOAN SERVICING, LLC, 39 Order (Generic)) filed by Denise E. Carlon on behalf of COMMUNITY LOAN SERVICING, LLC. Objection deadline is 10/20/2021. (Attachments: # 1 Exhibit "A" # 2 Exhibit "B" # 3 Proposed Order # 4 Certificate of Service) (Carlon, Denise)

Dated: 10/18/21

Jeanne Naughton
Clerk, U.S. Bankruptcy Court