UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
Community Loan Servicing, LLC

In Re:

Mohamed Mohamed

Case No.:      18-23027 MBK

Chapter:              13

Hearing Date:    12/08/2021

Judge:       Michael B. Kaplan

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☐ Settled            ☒ Withdrawn

Matter: Creditor's Certification of Default filed on October 6, 2021 at document#58

_____

Date: 01/05/2022                          /s/ Denise Carlon
                                          Signature

*rev.8/1/15*