| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ 08650-4853 | Memphis, TN 38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2021 to 02/03/2022
Chapter 13 Case No. 18-23027 / MBK

Mohamed Mohamed

Petition Filed Date: 06/28/2018
341 Hearing Date: 07/26/2018
Confirmation Date: 11/13/2018

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/06/2021 | $870.00 | 26976652637 | 01/27/2021 | $870.00 | 27238648083 | 02/25/2021 | $870.00 | 27189018022 |
| 03/16/2021 | $870.00 | 27304128450 | 04/13/2021 | $870.00 | 27304143390 | 05/11/2021 | $870.00 | 27477275894 |
| 08/31/2021 | $150.00 | 27443465662 | 08/31/2021 | $1,000.00 | 27443465651 | 10/01/2021 | $150.00 | 27308092320 |
| 10/01/2021 | $1,000.00 | 27308081068 | 11/02/2021 | $150.00 | 27304123915 | 11/02/2021 | $1,000.00 | 27304123904 |
| 11/30/2021 | $1,000.00 | 27713081261 | 11/30/2021 | $150.00 | 27713081272 | 12/29/2021 | $150.00 | 27898850261 |
| 12/29/2021 | $1,000.00 | 27898850250 | 02/02/2022 | $150.00 | 27898861667 | 02/02/2022 | $1,000.00 | 27898861656 |

**Total Receipts for the Period: $12,120.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $35,610.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Mohamed Mohamed | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | BRUCE C TRUESDALE ESQ<br>»» ATTY DISCLOSURE | Attorney Fees | $2,300.00 | $2,300.00 | $0.00 |
| 1 | DISCOVER BANK | Unsecured Creditors | $4,980.78 | $833.32 | $4,147.46 |
| 2 | NISSAN INFINITI LEASE TRUST (NILT)<br>»» 2016 NISSAN MAXIMA | Debt Secured by Vehicle<br>No Disbursements: Lease Rejected | $0.00 | $0.00 | $0.00 |
| 3 | TD BANK, N.A. | Unsecured Creditors | $3,457.65 | $578.50 | $2,879.15 |
| 4 | DAIMLER TRUST<br>»» 2015 MERCEDES BENZ/DEF BAL | Unsecured Creditors | $37,351.50 | $6,249.21 | $31,102.29 |
| 5 | MERCEDES-BENZ FINANCIAL SERVICES USA, LL<br>»» 2013 MERCEDES VAN\DEF BAL | Unsecured Creditors | $12,712.89 | $2,126.97 | $10,585.92 |
| 6 | DAIMLER TRUST<br>»» 2015 MERCEDES BENZ/DEF BAL | Unsecured Creditors | $30,986.24 | $5,184.25 | $25,801.99 |
| 7 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $3,847.06 | $643.65 | $3,203.41 |
| 8 | DEPARTMENT STORE NATIONAL BANK<br>»» MACYS | Unsecured Creditors | $3,910.11 | $654.19 | $3,255.92 |
| 9 | ECAST SETTLEMENT CORP<br>»» SYNCHRONY | Unsecured Creditors | $728.18 | $115.40 | $612.78 |
| 10 | AMERICAN EXPRESS | Unsecured Creditors | $4,039.27 | $675.80 | $3,363.47 |
| 11 | AMERICAN EXPRESS | Unsecured Creditors | $2,186.31 | $365.79 | $1,820.52 |
| 12 | AMERICAN EXPRESS | Unsecured Creditors | $3,306.59 | $553.22 | $2,753.37 |
| 13 | AMERICAN EXPRESS | Unsecured Creditors | $1,475.04 | $233.75 | $1,241.29 |

**Chapter 13 Case No. 18-23027 / MBK**

| | | | | | |
|---|---|---|---|---|---|
| 14 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  BEST BUY | Unsecured Creditors | $3,105.22 | $519.53 | $2,585.69 |
| 15 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  THD | Unsecured Creditors | $341.74 | $48.13 | $293.61 |
| 16 | COMMUNITY LOAN SERVICING LLC<br>»»  P/53 CHESTNUT AVE/1ST MTG/BAYVIEW | Mortgage Arrears | $5,542.65 | $5,542.65 | $0.00 |
| 17 | Amgads Garas<br>»»  DJ-022969-17/MODIFIED 12/26/18 ORD | Unsecured Creditors | $6,840.00 | $1,144.39 | $5,695.61 |
| 18 | COMMUNITY LOAN SERVICING LLC<br>»»  53 CHESTNUT ST/ORDER 12/13/19/BAYVIEW | Mortgage Arrears | $531.00 | $531.00 | $0.00 |
| 19 | COMMUNITY LOAN SERVICING LLC<br>»»  53 CHESTNUT ST/PP ARREARS 6/10/20/BAYVIEW | Mortgage Arrears | $3,294.31 | $3,294.31 | $0.00 |
| 20 | COMMUNITY LOAN SERVICING LLC<br>»»  53 CHESTNUT ST/ATTY FEES 6/10/20/BAYVIEW | Mortgage Arrears | $350.00 | $350.00 | $0.00 |

**SUMMARY**

Summary of all receipts and disbursements from date filed through 2/3/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $35,610.00 | Plan Balance: | $18,400.00  ** |
| Paid to Claims: | $31,944.06 | Current Monthly Payment: | $1,150.00 |
| Paid to Trustee: | $2,584.02 | Arrearages: | $0.00 |
| Funds on Hand: | $1,081.92 | Total Plan Base: | $54,010.00 |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!**  Visit www.russotrustee.com/epay for more information.

View your case information online for *FREE*!  Register today at www.ndc.org or scan this code to get started.



**This is an approximate balance.  Additional allowed claims and other variables may affect the amount to complete the plan.