Form 185 − ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 18−23027−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Mohamed Mohamed
   53 Chestnut Ave
   Avenel, NJ 07001

Social Security No.:
   xxx−xx−9555

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on December 26, 2018.

On June 13, 2022 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Michael B. Kaplan on:

Date:         July 13, 2022
Time:         10:00 AM
Location:     Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: June 13, 2022
JAN: pbf

                                                        Jeanne Naughton
                                                        Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 18-23027-MBK |
| Mohamed Mohamed | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 3 |
| Date Rcvd: Jun 13, 2022 | Form ID: 185 | Total Noticed: 40 |

The following symbols are used throughout this certificate:
**Symbol   Definition**

\+         Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\##        Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 15, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Mohamed Mohamed, 53 Chestnut Ave, Avenel, NJ 07001-2141 |
| 517617686 | | Amex Department Stores, PO Box 8718, Mason, OH 45040 |
| 517792017 | + | Amgad Garas, 413 Avenue C, Apt. 5, Bayonne, NJ 07002-5163 |
| 517617687 | + | Amgads Garas, 413 Avenue C Apt 5, Bayonne, NJ 07002-5163 |
| 517617689 | + | Atlantic Ambulance Corp, PO Box 949, Matawan, NJ 07747-0949 |
| 517617690 | | Bayview Loan Servicing, PO Box 650091, Oxford, AR 72565-0091 |
| 517617691 | | Best Buy/CBNA, PO Box 3497, Sioux Falls, SD 57117 |
| 517617698 | + | Ibrahim Law Group, PC, 97 Lackawanna Ave Suite 001, Totowa, NJ 07512-2334 |
| 517617699 | + | Lyon, Doughty & Veldhuis, 136 Gaither Drive Ste 100, Po Box 1269, Mount Laurel, NJ 08054-7269 |
| 517617701 | | Mercy Diagnostics Inc, 3109 Poplarwood Ct, Suite 302, Raleigh, NC 27604-1044 |
| 517659570 | + | TD Bank, N.A, c/o Schiller, Knapp, Lefkowitz, & Hertze, Payment Processing, PO Box 16029, Lewiston, ME 04243-9507 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jun 13 2022 20:43:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jun 13 2022 20:43:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 517617688 | | Email/Text: EBNProcessing@afni.com | Jun 13 2022 20:43:00 | AT&T, c/o AFNI, PO Box 3097, Bloomington, IL 61702-3097 |
| 517617685 | + | Email/PDF: bncnotices@becket-lee.com | Jun 13 2022 20:47:35 | American Express, PO Box 981537, El Paso, TX 79998-1537 |
| 517740827 | | Email/PDF: bncnotices@becket-lee.com | Jun 13 2022 20:47:16 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 517742787 | + | Email/Text: BKMailBayview@bayviewloanservicing.com | Jun 13 2022 20:42:00 | Bayview Loan Servicing, LLC, 4425 Ponce de Leon Blvd, 5th Floor, Coral Gables, FL 33146-1839 |
| 517699207 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 13 2022 20:47:31 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 517617693 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 13 2022 20:47:29 | Capital One Bank USA NA, 4851 Cox Road, Glen Allen, VA 23060-6293 |
| 518997635 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jun 13 2022 20:43:00 | Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gable, FL 33146, Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gable, FL 33146-1839 |
| 518997634 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jun 13 2022 20:43:00 | Community Loan Servicing, LLC, 4425 Ponce De |

Case 18-23027-MBK    Doc 71    Filed 06/15/22    Entered 06/16/22 00:14:39    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jun 13, 2022 | Form ID: 185 | Total Noticed: 40 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Leon Blvd., 5th Floor, Coral Gable, FL 33146-1839 |
| 517617695 | | Email/Text: sschneider@associateseyecare.com | Jun 13 2022 20:43:00 | Corey M Notis, MD PA, 155 Morris AVe, Springfield, NJ 07081-1224 |
| 517617696 | | Email/Text: mrdiscen@discover.com | Jun 13 2022 20:42:00 | Discover Financial Services LLC, PO Box 15316, Wilmington, DE 19850-5316 |
| 517666260 | + | Email/Text: M74banko@mercedes-benz.com | Jun 13 2022 20:43:00 | Daimler Trust, c/o BK Servicing, LLC, PO Box 131265, Roseville, MN 55113-0011 |
| 517724547 | | Email/Text: bnc-quantum@quantum3group.com | Jun 13 2022 20:43:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 517630937 | | Email/Text: mrdiscen@discover.com | Jun 13 2022 20:42:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 517617694 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jun 13 2022 20:47:29 | Chase/Bank One Car Serv, PO Box 15298, Wilmington, DE 19850 |
| 517617699 | + | Email/Text: BKNotice@ldvlaw.com | Jun 13 2022 20:43:00 | Lyon, Doughty & Veldhuis, 136 Gaither Drive Ste 100, Po Box 1269, Mount Laurel, NJ 08054-7269 |
| 517617700 | + | Email/Text: M74banko@mercedes-benz.com | Jun 13 2022 20:43:00 | MB Financial Services, PO Box 961, Roanoke, TX 76262-0961 |
| 517685678 | | Email/Text: M74banko@mercedes-benz.com | Jun 13 2022 20:43:00 | Mercedes-Benz Financial Services USA LLC, c/o BK Servicing, LLC, PO Box 131265, Roseville, MN 55113-0011 |
| 517617702 | + | Email/Text: bankruptcydpt@mcmcg.com | Jun 13 2022 20:43:00 | Midland Funding LLC, 8875 Aero Drive, San Diego, CA 92123-2255 |
| 517637386 | | Email/Text: NissanBKNotices@nationalbankruptcy.com | Jun 13 2022 20:43:00 | Nissan - Infiniti LT, POB 660366, Dallas, TX 75266-0366 |
| 517617703 | + | Email/Text: NissanBKNotices@nationalbankruptcy.com | Jun 13 2022 20:43:00 | Nissan Motor Acceptance Corporation, PO Box 660360, Dallas, TX 75266-0360 |
| 517741251 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 13 2022 20:47:19 | Portfolio Recovery Associates, LLC, c/o Best Buy Visa, POB 41067, Norfolk VA 23541 |
| 517741254 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 13 2022 20:46:55 | Portfolio Recovery Associates, LLC, c/o The Home Depot Consumer, POB 41067, Norfolk VA 23541 |
| 517617704 | | Email/Text: signed.order@pfwattorneys.com | Jun 13 2022 20:43:00 | Pressler & Pressler LLP, 7 Entin Rd., Parsippany, NJ 07054 |
| 517617705 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 13 2022 20:47:17 | Syncb/TJX Co, PO Box 965015, Orlando, FL 32896-5015 |
| 517621538 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 13 2022 20:47:31 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 517617706 | | Email/Text: bankruptcy@td.com | Jun 13 2022 20:43:00 | TD Bank NA, 32 Chestnut Street, Lewiston, ME 04240 |
| 517617707 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 13 2022 20:58:22 | The Home Depot, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 517732631 | | Email/PDF: bncnotices@becket-lee.com | Jun 13 2022 20:46:51 | eCAST Settlement Corporation, PO Box 29262, New York NY 10087-9262 |

TOTAL: 30

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

**Recip ID**    **Bypass Reason    Name and Address**

District/off: 0312-3 | User: admin | Page 3 of 3
Date Rcvd: Jun 13, 2022 | Form ID: 185 | Total Noticed: 40

| | | |
|---|---|---|
| cr | *+ | Amgad Garas, 413 Ave. C Apt 5, Bayonne, NJ 07002-5163 |
| 517617692 | ##+ | Capiral Credit Consultants, 726 Boulevard, Suite 23, Kenilworth, NJ 07033-1757 |
| 517617697 | ##+ | First Credit Services, Inc, 377 Hoes Lane Suite 200, Piscataway, NJ 08854-4155 |

TOTAL: 0 Undeliverable, 1 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 15, 2022          Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 13, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Bruce C. Truesdale | on behalf of Debtor Mohamed Mohamed brucectruesdalepc@gmail.com bctpcecf@gmail.com;r49787@notify.bestcase.com |
| Denise E. Carlon | on behalf of Creditor COMMUNITY LOAN SERVICING LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor BAYVIEW LOAN SERVICING LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Michael M Khalil | on behalf of Debtor Mohamed Mohamed mkhalilecf@gmail.com |
| Rebecca Ann Solarz | on behalf of Creditor BAYVIEW LOAN SERVICING LLC rsolarz@kmllawgroup.com |
| Russell L. Low | on behalf of Creditor Amgad Garas ecf@lowbankruptcy.com ecf@lowbankruptcy.com;r57808@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 9