| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | **Mohamed Mohamed**<br>First Name    Middle Name    Last Name | Social Security number or ITIN    xxx–xx–9555<br>EIN    __–_____ |
| Debtor 2<br>(Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN    ____<br>EIN    __–_____ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 18–23027–MBK | |

# Order of Discharge                                           12/18

---

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

   Mohamed Mohamed

<u>6/27/23</u>                            **By the court:** <u>Michael B. Kaplan</u>
                                             United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

  ♦ debts that are domestic support
    obligations;

  ♦ debts for most student loans;

  ♦ debts for certain types of taxes specified
    in 11 U.S.C. §§ 507(a)(8)( C),
    523(a)(1)(B), or 523(a)(1)(C) to the
    extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:  
Mohamed Mohamed  
    Debtor

Case No. 18-23027-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 3  
Date Rcvd: Jun 27, 2023      Form ID: 3180W      Total Noticed: 43

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 29, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Mohamed Mohamed, 53 Chestnut Ave, Avenel, NJ 07001-2141 |
| 517617686 | | Amex Department Stores, PO Box 8718, Mason, OH 45040 |
| 517792017 | + | Amgad Garas, 413 Avenue C, Apt. 5, Bayonne, NJ 07002-5163 |
| 517617687 | + | Amgads Garas, 413 Avenue C Apt 5, Bayonne, NJ 07002-5163 |
| 517617689 | + | Atlantic Ambulance Corp, PO Box 949, Matawan, NJ 07747-0949 |
| 517617690 | | Bayview Loan Servicing, PO Box 650091, Oxford, AR 72565-0091 |
| 517617691 | | Best Buy/CBNA, PO Box 3497, Sioux Falls, SD 57117 |
| 517617692 | + | Capiral Credit Consultants, 726 Boulevard, Suite 23, Kenilworth, NJ 07033-1757 |
| 517617695 | | Corey M Notis, MD PA, 155 Morris AVe, Springfield, NJ 07081-1224 |
| 517617698 | + | Ibrahim Law Group, PC, 97 Lackawanna Ave Suite 001, Totowa, NJ 07512-2334 |
| 517617701 | | Mercy Diagnostics Inc, 3109 Poplarwood Ct, Suite 302, Raleigh, NC 27604-1044 |
| 517659570 | + | TD Bank, N.A, c/o Schiller, Knapp, Lefkowitz, & Hertze, Payment Processing, PO Box 16029, Lewiston, ME 04243-9507 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jun 27 2023 21:12:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jun 27 2023 21:12:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 517617688 | | Email/Text: EBNProcessing@afni.com | Jun 27 2023 21:12:00 | AT&T, c/o AFNI, PO Box 3097, Bloomington, IL 61702-3097 |
| 517617685 | + | Email/PDF: bncnotices@becket-lee.com | Jun 27 2023 21:21:44 | American Express, PO Box 981537, El Paso, TX 79998-1537 |
| 517740827 | | Email/PDF: bncnotices@becket-lee.com | Jun 27 2023 21:21:33 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 517742787 | + | EDI: LCIBAYLN | Jun 28 2023 00:56:00 | Bayview Loan Servicing, LLC, 4425 Ponce de Leon Blvd, 5th Floor, Coral Gables, FL 33146-1839 |
| 517699207 | | EDI: CAPITALONE.COM | Jun 28 2023 00:56:00 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 517617693 | + | EDI: CAPITALONE.COM | Jun 28 2023 00:56:00 | Capital One Bank USA NA, 4851 Cox Road, Glen Allen, VA 23060-6293 |
| 518997635 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jun 27 2023 21:12:00 | Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gable, FL 33146, Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gable, FL 33146-1839 |

| Recipient ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| 518997634 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jun 27 2023 21:12:00 | Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gable, FL 33146-1839 |
| 517617696 | | EDI: DISCOVER.COM | Jun 28 2023 00:56:00 | Discover Financial Services LLC, PO Box 15316, Wilmington, DE 19850-5316 |
| 517666260 | + | EDI: MERCEDES | Jun 28 2023 00:56:00 | Daimler Trust, c/o BK Servicing, LLC, PO Box 131265, Roseville, MN 55113-0011 |
| 517724547 | | EDI: Q3G.COM | Jun 28 2023 00:56:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 517630937 | | EDI: DISCOVER.COM | Jun 28 2023 00:56:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 517617694 | | EDI: JPMORGANCHASE | Jun 28 2023 00:56:00 | Chase/Bank One Car Serv, PO Box 15298, Wilmington, DE 19850 |
| 517617699 | + | Email/Text: BKNotice@ldvlaw.com | Jun 27 2023 21:12:00 | Lyon, Doughty & Veldhuis, 136 Gaither Drive Ste 100, Po Box 1269, Mount Laurel, NJ 08054-7269 |
| 517617700 | + | EDI: MERCEDES | Jun 28 2023 00:56:00 | MB Financial Services, PO Box 961, Roanoke, TX 76262-0961 |
| 517685678 | | EDI: MERCEDES | Jun 28 2023 00:56:00 | Mercedes-Benz Financial Services USA LLC, c/o BK Servicing, LLC, PO Box 131265, Roseville, MN 55113-0011 |
| 517617702 | + | Email/Text: bankruptcydpt@mcmcg.com | Jun 27 2023 21:12:00 | Midland Funding LLC, 8875 Aero Drive, San Diego, CA 92123-2255 |
| 519780439 | | Email/Text: nsm_bk_notices@mrcooper.com | Jun 27 2023 21:12:00 | Nationstar Mortgage LLC, PO Box 619096, Dallas, TX 75261-9741 |
| 519780440 | | Email/Text: nsm_bk_notices@mrcooper.com | Jun 27 2023 21:12:00 | Nationstar Mortgage LLC, PO Box 619096, Dallas, TX 75261-9741, Nationstar Mortgage LLC, PO Box 619096, Dallas, TX 75261-9741 |
| 517637386 | | Email/Text: NissanBKNotices@nationalbankruptcy.com | Jun 27 2023 21:12:00 | Nissan - Infiniti LT, POB 660366, Dallas, TX 75266-0366 |
| 517617703 | + | Email/Text: NissanBKNotices@nationalbankruptcy.com | Jun 27 2023 21:12:00 | Nissan Motor Acceptance Corporation, PO Box 660360, Dallas, TX 75266-0360 |
| 517741251 | | EDI: PRA.COM | Jun 28 2023 00:56:00 | Portfolio Recovery Associates, LLC, c/o Best Buy Visa, POB 41067, Norfolk VA 23541 |
| 517741254 | | EDI: PRA.COM | Jun 28 2023 00:56:00 | Portfolio Recovery Associates, LLC, c/o The Home Depot Consumer, POB 41067, Norfolk VA 23541 |
| 517617704 | | Email/Text: signed.order@pfwattorneys.com | Jun 27 2023 21:11:00 | Pressler & Pressler LLP, 7 Entin Rd., Parsippany, NJ 07054 |
| 517617705 | + | EDI: RMSC.COM | Jun 28 2023 00:56:00 | Syncb/TJX Co, PO Box 965015, Orlando, FL 32896-5015 |
| 517621538 | + | EDI: RMSC.COM | Jun 28 2023 00:56:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 517617706 | | EDI: TDBANKNORTH.COM | Jun 28 2023 00:56:00 | TD Bank NA, 32 Chestnut Street, Lewiston, ME 04240 |
| 517617707 | | EDI: CITICORP.COM | Jun 28 2023 00:56:00 | The Home Depot, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 517732631 | | Email/PDF: bncnotices@becket-lee.com | Jun 27 2023 21:21:59 | eCAST Settlement Corporation, PO Box 29262, New York NY 10087-9262 |

TOTAL: 31

Case 18-23027-MBK    Doc 91    Filed 06/29/23    Entered 06/30/23 00:16:10    Desc Imaged
Certificate of Notice    Page 5 of 5

| District/off: 0312-3 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jun 27, 2023 | Form ID: 3180W | Total Noticed: 43 |

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Amgad Garas, 413 Ave. C Apt 5, Bayonne, NJ 07002-5163 |
| 517617697 | ##+ | First Credit Services, Inc, 377 Hoes Lane Suite 200, Piscataway, NJ 08854-4155 |

TOTAL: 0 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 29, 2023    Signature: /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 27, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Brian C. Nicholas | on behalf of Creditor NATIONSTAR MORTGAGE LLC bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com |
| Bruce C. Truesdale | on behalf of Debtor Mohamed Mohamed brucectruesdalepc@gmail.com bctpcecf@gmail.com;r49787@notify.bestcase.com |
| Denise E. Carlon | on behalf of Creditor NATIONSTAR MORTGAGE LLC dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor COMMUNITY LOAN SERVICING LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor BAYVIEW LOAN SERVICING LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Michael M Khalil | on behalf of Debtor Mohamed Mohamed mkhalilecf@gmail.com |
| Russell L. Low | on behalf of Creditor Amgad Garas ecf@lowbankruptcy.com ecf@lowbankruptcy.com;r57808@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 10